UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIZ MANSOR ABDULSALAM BADER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UR MENDOZA JADDOU, et al.,<br><br>　　　　　Defendants. | CASE NO. **2:23-cv-01068-JHC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 18th day of July, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1